

Joachim P. Cox
Partner

office 808.585.9441 ☒ email jcox@cfhawaii.com

December 23, 2019

The Honorable Susan Oki Mollway  Via Electronic Mail
Senior Judge, United States District Court  (mollway_orders@hid.uscourts.gov)
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850

    Re:   *U. S. Equal Employment Opportunity Commission v. MJC, Inc., et al.*, Civil No. 17-00371 SOM-WRP

Dear Judge Mollway:

    This letter is submitted in response to this Court's EOs, issued on December 20th and 23rd.

    In accordance with this Court's identified plan to dismiss the above referenced case, as well as Defendants' understanding pursuant to my settlement discussions with Anna Park of the EEOC, Defendants respectfully request that this Court enter an order approving the parties' Consent to Settlement and dismissing this case.

    We thank this Court for its time and attention in resolving this matter.

    Sincerely,

    COX FRICKE
    A LIMITED LIABILITY LAW PARTNERSHIP LLP

    Joachim P. Cox

JPC/jmd
cc: Eric Yau, EEOC